IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number:___20-CV- 22719-MGC

**ANDRES GOMEZ,**

 Plaintiff

**V.**

**TRUEWAY INSURANCE CORP.,**

 Defendant

_____/

## CERTIFICATE OF COMPLIANCE WITH JUDICIAL ORDER [DE #5]

I hereby certify that the requirements set forth in the Order of Court Practices and Procedures has been complied with to the best of my knowledge and ability.


Dated: July 17, 2020            Respectfully Submitted,

                    */s/ Alberto R. Leal*

                    Alberto R. Leal

                    Florida Bar No.: 1002345
                    The Leal Law Firm, P.A.
                    8927 Hypoluxo Rd. #157
                    Lake Worth, FL 33463
                    Phone:561-237-2740
                    Facsimile: 561-237-2741
                    E-Mail:al@thelealfirm.com
                    **ATTORNEY FOR PLAINTIFF**