### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

**ANDRES GOMEZ,**

    **Plaintiff**                                       Case Number:  1:20-cv-22719-MGC

**TRUEWAY INSURANCE CORP.,**

    **Defendant**

_____/

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) herby gives this Honorable Court notice of dismissal of this action with prejudice.

                                                     Respectfully submitted,

Dated: July 22, 2020                      */s/ Alberto R. Leal*.
                                                    Alberto R. Leal
                                                    Florida Bar No.: 1002345
                                                    E-Mail: al@thelealfirm.com
                                                    The Leal Law Firm, P.A.